In the Matter of the Claim of JOHN ALINO, Respondent, against FRENCH BOTTLING WORKS, INC., Appellant, and STATE INSURANCE FUND, Insurance Carrier. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 3, 1949; decided July 19, 1949.

*Hyman B. Schutzer* and *David Karp* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.